

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00019-CV

| | |
|---|---|
| STEVEN A. HAYES, Appellant | § On Appeal from the 158th District Court |
| | § of Denton County (F-2005-1603-B) |
| V. | § July 15, 2021 |
| THE STATE OF TEXAS, Appellee | § Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr